PAUL WARNER, United States Attorney (#3389)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of American
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2005 SEP 28  P 1: 37

DISTRICT OF UTAH

BY: _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : INDICTMENT |
| vs. | : |
| | : |
| ANDREY RUNOV | : VIO: 18 U.S.C. § 2422(b), |
| | : Coercion and Enticement For Illegal |
| | : Sexual Activity |
| Defendant. | : |

Judge Tena Campbell
DECK TYPE: Criminal
DATE STAMP: 09/28/2005 @ 08:37:27
CASE NUMBER:  2:05CR00715  TC

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

On or about September 20, 2005, in the Central Division of the District of Utah,

ANDREY RUNOV,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

1

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney

2